*Digital Signature is VALID*

| | |
|---|---|
| From: | Lakiesha Williams |
| To: | James DeLano, Victoria DeLano, Jim DeLano |
| Cc: | , |

**Medical Case Management**

Fri, 1 Mar 2024 22:46:45 +0000

Good afternoon,

     A goal of the Integrated Care Network (ICN) is to provide more comprehensive and integrative case management that drives person-centered planning, enhances quality of life, and improves health outcomes. A portion of this goal is achieved through Medical Case Management (MCM), an enhancement to your Elderly & Disabled (ED) Waiver services that strives to maintain you in the least restrictive setting, the community, while providing support to achieve your goals and reduce the risk of placement in a long-term care setting, e.g. nursing facility.

     Medical Case Management was implemented on 7/24/23 to assist with your transition to college at UAB. The transition is complete and Vocational Rehab is in place to ensure continued success in

◀ Mail

**Discontinuation of services**

Medical Case Management was implemented on 7/24/23 to assist with your transition to college at UAB. The transition is complete and Vocational Rehab is in place to ensure continued success in your higher learning. Based on the services currently in place to assist you, there are no further needs to be addressed under MCM. Medical Case Management through ASN is a duplication of the services provided/offered by UAB STEP Clinic, the care and assistance expected of the Private Duty Nurse, and the assistance expected of the Personal Choices Workers (5 current, 1 pending). At this time, MCM will close. Services provided through ED Waiver will continue as stated on the most current PCCP. Be sure to contact the UAB STEP Clinic 205-731-9676 and speak with your assigned RN Care Coordinator Beth McGhee for assistance with your transition into adulthood and managing your health needs.

The following is a summary of established services through ED Waiver and outside agencies:

1. ED Waiver- Case management; Companion 5x a week, 4 hours (20 hours); Homemaker 7x week, 1 hour (7 hours); Personal Care 6x week, 10 hours (60 hours) **Total: 87 ED Waiver Service Hours**

2. EPSDT- Always There Private Duty Nursing (PDN) **20 hours per week**

3. Alabama Department of Rehab Services (ADRS) - Assistive technology as needed

4. Vocational Rehab - Tuition, room/board, meals, Assistive Technology as needed, Personal Care assistance available

5. AMA - Medical Supplies (mitochondrial cocktail, syringes) provided summer 2023. There are barriers to this service under ED Waiver regarding the supplements.

6. UAB Step Clinic is a comprehensive program designed to help adolescents transition into adult health. Some of the services available include helping the patients to learn how to make appointments, get medications from the pharmacy, and build independence. The STEP Program's goal is to help the patient develop skills to meet and maintain their medical needs. The clinic employs physical therapists, social workers, and counselors, to name a few. They also provide assistance in emergency planning.

Kind regards,

**Lakiesha Williams, LICSW, PIP, MPA**
Regional Managed Care Manager, Central Region
Alabama Select Network
205-908-8264



securemailpod.bcbsal.org