IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES DELANO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO. 2:24-cv-327-JTA |
| STEPHANIE M. AZAR, et al., | ) ) ) |
| Defendants. | ) |

## **ORDER**

Before the Court is Defendant Alabama Select Network's Motion to Dismiss. (Doc. No. 18.) Accordingly, it is

ORDERED that on or before **August 5, 2024**, the Plaintiff shall show cause in writing as to why the motion should not be granted. The Defendant shall file a reply on or before **August 12, 2024**.

DONE this 22nd day of July, 2024.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE