IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES DELANO, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 2:24-cv-327-JTA |
| STEPHANIE M. AZAR, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

Before the Court is Defendant Stephanie M. Azar, Commissioner of the Alabama Medicaid Agency's, and Defendant Jean Brown, Commissioner of Alabama Senior Services' Motion to Motion to Dismiss or, Alternatively, Motion for More Definite Statement. (Doc. No. 19.) Accordingly, it is

ORDERED that on or before **August 5, 2024**, the Plaintiff shall show cause in writing as to why the motion should not be granted. Defendants shall file a reply on or before **August 12, 2024**.

DONE this 22nd day of July, 2024.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE