# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| JAMES DELANO, by and through his next friend, VICTORIA DELANO,<br><br>　　Plaintiff,<br><br>v.<br><br>STEPHANIE M. AZAR, in her official capacity as Commissioner of the Alabama Medicaid Agency, *et al.*,<br><br>　　Defendants. | CASE NO. 2:24-cv-00327-JTA |

## **JOINT MOTION TO DISMISS WITH PREJUDICE**

　　Plaintiff James DeLano, by and through his next friend, Victoria DeLano, and Defendants Stephanie M. Azar, Commissioner of the Alabama Medicaid Agency, Jean W. Brown, Commissioner of the Alabama Department of Senior Services, and Alabama Select Network hereby respectfully move this Court to dismiss this matter with prejudice pursuant to FRCP 41(a)(1)(A)(ii). In support of same, the parties would state that they have worked to resolve this matter and have in fact reached a resolution acceptable to all parties. Because this matter has been resolved, the parties respectfully request that this Honorable Court dismiss this matter with prejudice, with all parties to bear their own costs.

　　Dated this 28th day of August, 2024.

Respectfully submitted,

s/Shandra M. Hartly
Shandra M. Hartly (ASB-1016-N00Q)
*Attorney for Plaintiff James DeLano*
Alabama Disabilities Advocacy Program
Box 870395
Tuscaloosa, Alabama 35487-0395
Telephone: (205) 348-4928
Facsimile: (205) 348-3909
Email: smhartly@adap.ua.edu

/s/ Robin B. Mark
Robin B. Mark (ASB-7270-I63B)
*Attorney for Defendant Alabama Select Network*
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
Telephone:  (205) 251-3000
Facsimile:  (205) 458-5100
Email: rmark@burr.com

/s/John W. Marsh
**JOHN W. MARSH (ASB-6290-H64M)**
*Attorney for Defendants Commissioner Stephanie M. Azar and Commissioner Jean W. Brown*
BALL, BALL, MATTHEWS & NOVAK, P.A.
445 Dexter Avenue, Suite 9045
Montgomery, Alabama 36104
(334) 387-7680 - telephone
(334) 387-3222 - facsimile
jmarsh@ball-ball.com

2

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have caused a true and correct copy of the foregoing to be served on all counsel of record by filing same with the Clerk of Court via the CM/ECF system this 28th day of August, 2024.

s/Shandra M. Hartly
Shandra M. Hartly
