**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, ROOM B-110

MONTGOMERY, ALABAMA 36104

TREY GRANGER, CLERK                                                                                                 TELEPHONE (334) 954-3600

September 4, 2024

NOTICE OF REASSIGNMENT

To:     All Counsel of Record

Re:     DeLano v. Azar et al
Civil Action No.    2:24-cv-00327-JTA

The above-styled case has been reassigned to Judge R. Austin Huffaker, Jr..

Please note that the case number is now **2:24-cv-00327-RAH-JTA.** The new case number should be used on all future correspondence and pleadings.